# United States Court of Appeals
## For the First Circuit

No. 23-1911

UNITED STATES,

Appellee,

v.

JADNEL FLORES-NATER, a/k/a Potro,

Defendant - Appellant.

**ORDER OF COURT**

Entered: July 18, 2024

Upon consideration of appellant Jadnel Flores-Nater's motion for reconsideration of the June 28, 2024 extension order, the motion is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lucas Anderson
Seth Allen Erbe
Mariana E. Bauzá-Almonte
Jonathan L. Gottfried
Gregory Bennett Conner