ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law

100 Lafayette Street, Suite 501

New York, NY 10013

Franklin A. Rothman

Jeremy Schneider

Robert A. Soloway

David Stern

_____

Rachel Perillo

Tel: (212) 571-5500

Fax: (212) 571-5500

July 31, 2024

Hon. Maria R. Hamilton

Clerk of Court

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2500

Boston, MA 02210

> Re:   United States v. Jadnel Flores-Nater
>         23-1911 (1st Cir.)_____

Dear Ms. Hamilton,

I represent appellant Jadnel Flores-Nater in the above-captioned case. Before a decision is reached on the government's third consecutive last-minute motion for an extension of their response brief, which counsel did not even have the courtesy to contact the undersigned about prior to filing, Flores-Nater seeks an opportunity to prepare and submit a response.

Presumably, the authorities previously called to this Court's attention with respect to the consequences for appellee defaults are not entirely dead letter.

Respectfully submitted,

Lucas Anderson

Encl.